IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE KRUMMENACKER | CIVIL ACTION |
| | No. 13-293 |
| Plaintiff, | |
| v. | |
| | JURY TRIAL DEMANDED |
| H.M. INSURANCE GROUP | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

*AND NOW,* the Parties, by and through their undersigned counsel, file this Stipulation to Extend the Deadline for the Defendant to file a responsive pleading to Plaintiff's Complaint.

*WHEREAS,* Plaintiff commenced this action on February 27, 2013; and

*WHEREAS,* Defendant requested a thirty (30) day extension to file a responsive pleading to the Complaint; and

*WHEREAS,* on March 19 2013, the parties agreed to an extension until April 29, 2013 for Defendant to file the responsive pleading; (see Exhibit 1) and

*WHEREAS,* the Parties seek additional time for Defendant to file a responsive pleading.

1) The Parties request that the deadline for the Defendant to file a responsive pleading be extended by a period of thirty (30) days, or until April 29, 2013;

Respectfully submitted,

*/s/ Timothy M. Kolman, Esquire*
Timothy M. Kolman, Esquire
414 Hulmeville Ave.
Penndel, PA 19047
Attorney for Plaintiff
215-750-3134

*/s/ Jessi Isenhart*
Robert B. Cottington
PA I.D. No. 51164
rcottington@cohenlaw.com
Jessi Isenhart
PA I.D. No. 206504
jisenhart@cohenlaw.com

Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
412-297-4900

Counsel for Defendant


APPROVED AND SO ORDERED this __4th__ day of __April__, 2013.


s/Gary L. Lancaster                    ,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge