# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE KRUMMENACKER | CIVIL ACTION |
| Plaintiff, | No. 13-293 |
| v. | |
| | JURY TRIAL DEMANDED |
| H.M. INSURANCE GROUP | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

*AND NOW*, the Parties, by and through their undersigned counsel, file this Stipulation to Extend the Deadline for the Defendant to file a responsive pleading to Plaintiff's Complaint.

*WHEREAS*, Plaintiff commenced this action on February 27, 2013; and

*WHEREAS*, Defendant requested a thirty (30) day extension to file a responsive pleading to the Complaint; and

*WHEREAS*, on March 19 2013, the parties agreed to an extension until April 29, 2013 for Defendant to file the responsive pleading; (see Exhibit 1) and

*WHEREAS*, the Parties seek additional time for Defendant to file a responsive pleading.

1) The Parties request that the deadline for the Defendant to file a responsive pleading be extended by a period of thirty (30) days, or until April 29, 2013;

Respectfully submitted,

| | |
|---|---|
| */s/ Timothy M. Kolman, Esquire* | */s/ Jessi Isenhart* |
| Timothy M. Kolman, Esquire | Robert B. Cottington |
| 414 Hulmeville Ave. | PA I.D. No. 51164 |
| Penndel, PA 19047 | rcottington@cohenlaw.com |
| Attorney for Plaintiff | Jessi Isenhart |
| 215-750-3134 | PA I.D. No. 206504 |
| | jisenhart@cohenlaw.com |

Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
412-297-4900

Counsel for Defendant

APPROVED AND SO ORDERED this  4th  day of  April , 2013.

s/Gary L. Lancaster                    ,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge