IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE KRUMMENACKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action: 2:13-cv00293-GLL |
| | ) |
| H.M. INSURANCE GROUP, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 23rd day of April, 2013, upon consideration of the parties' Stipulation to Strike Portions of Complaint and Extend Time to Respond to Complaint, **IT IS HEREBY ORDERED** that:

1. Numbered paragraph 34 is stricken from the Civil Action Complaint in this action (the "Complaint");

2. The following portions of the *Ad Damnum Clause*/Prayer for Relief (the "Prayer for Relief") on pages 6-8 of the Complaint are stricken: the references to "gender" in paragraphs a. and b. of the Prayer for Relief; all of paragraph d. of the Prayer for Relief; and all of paragraph f. of the Prayer for Relief.

3. The time for Defendant to answer, plead, or otherwise move in response to the Complaint is extended by fourteen additional days, until on or before May 13, 2013.

s/Gary L. Lancaster
United States Chief Judge